IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIR EMMANUEL SHALAKO,<br><br>    Plaintiff.<br><br>  v.<br><br>SAN FRANCISCO CITY & COUNTY, et al.,<br><br>    Defendants. | No. C 13-01583 EJD (PR)<br><br>ORDER OF DISMISSAL |

On April 9, 2013, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) On April 15, 2013, mail sent to the Plaintiff by the Court was returned as undeliverable with a notation that the Plaintiff was no longer in custody. (Docket No. 3.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

Order of Dismissal
G:\PRO-SE\EJD\CR.13\01583Shalako_LR13dismissal.wpd

1   More than sixty days have passed since the mail addressed to Plaintiff was
2   returned as undeliverable.  The Court has not received a notice from Plaintiff of a new
3   address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice
4   pursuant to Rule 3-11 of the Northern District Local Rules.
5   The Clerk shall terminate any pending motions.

DATED: 6/25/2013

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAMIR EMMANUEL SHALAKO

        Plaintiff,

  v.

SAN FRANCISCO CITY & COUNTY, et al.,

        Defendants.

Case Number CV 13-01583 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Damir Emmanuel Shalako**
10681043
San Francisco County Jail Facility
850 Bryant Street
San Francisco, CA 94103

DATED: _____6/25/2013_____

        Richard W. Wieking, Clerk
       /s/By: Elizabeth Garcia, Deputy Clerk