IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIR EMMANUEL SHALAKO,<br><br>  Plaintiff.<br><br>  v.<br><br>SAN FRANCISCO CITY & COUNTY, et al.,<br><br>  Defendants. | No. C 13-01583 EJD (PR)<br><br>JUDGMENT |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered.

The Clerk shall close the file.

DATED: 6/25/2013

EDWARD J. DAVILA
United States District Judge

Judgment
G:\PRO-SE\EJD\CR.13\01583Shalako_LR13judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIR EMMANUEL SHALAKO | Case Number CV 13-01583 EJD (PR) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAN FRANCISCO CITY & COUNTY, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Damir Emmanuel Shalako**
10681043
San Francisco County Jail Facility
850 Bryant Street
San Francisco, CA 94103

DATED: _____6/25/2013_____
　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　/s/By: Elizabeth Garcia, Deputy Clerk